The People of the State of New York, Respondent, 
against
Roy Austin, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Herbert J. Adlerberg, J.H.O.) rendered January 2, 2014, convicting him, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and sentencing him to a $300 fine.




Per Curiam.
Judgment of conviction (Herbert J. Adlerberg, J.H.O.), rendered January 2, 2014, affirmed. 
The accusatory instrument was not jurisdictionally defective. Sworn police allegations that the defendant was "observed . . . sitting behind the wheel of a motor vehicle with the key in the ignition and the engine running on the south west corner of West 123rd Street and Mount Morris Park West in New York County," satisfied the operation element of the charged Vehicle and Traffic Law offenses (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d 1059 [2014]).
We perceive no basis for reducing the fine. Although the defendant now claims that he is indigent, he never sought relief from the fine by way of a CPL 420.10(5) motion for re-sentencing (see People v Toledo, 101 AD3d 571 [2012], lv denied 21 NY3d 947 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 18, 2019